**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alberto SOTO, aka Alberto Soto–De La Torre, Defendant–Appellant.**

**No. 03–50122.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2003.*

Decided Nov. 17, 2003.

Dorn G. Bishop, Esq., David M. Orland, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Anthony E. Colombo, Esq., FDCA—Federal Defender's of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: PREGERSON, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM **

Alberto Soto appeals his conviction for making a false claim of United States citizenship. *See* 18 U.S.C. § 911. We dismiss the appeal.

Soto pled guilty and in his plea agreement he waived his right to appeal. *See United States v. Vences,* 169 F.3d 611, 613 (9th Cir.1999); *United States v. Robertson,* 52 F.3d 789, 791–92 (9th Cir.1994). Thus, unless the government breached the plea agreement, we lack jurisdiction to proceed. *See United States v. Baramdyka,* 95 F.3d 840, 843 (9th Cir.1996). On this record, we discern no breach by the government. *See United States v. Benchimol,* 471 U.S. 453, 455–57, 105 S.Ct. 2103, 2104–05, 85 L.Ed.2d 462 (1985); *United States v. Johnson,* 187 F.3d 1129, 1135 (9th Cir. 1999).

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.